**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.  7:20-CV- 383 |
| | § | |
| 2.451 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, STATE | § | |
| OF TEXAS; AND DAVID CRUZ, ET AL., | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

---

### COMPLAINT IN CONDEMNATION

---

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:      *s/ N. Joseph Unruh*
        **N. JOSEPH UNRUH**
        Assistant United States Attorney
        Southern District of Texas No. 1571957
        Texas Bar No. 24075198
        1701 W. Bus. Hwy. 83, Suite 600
        McAllen, TX 78501
        Telephone: (956) 618-8010
        Facsimile: (956) 618-8016
        E-mail: Neil.Unruh@usdoj.gov
        Attorney-in-Charge for Plaintiff

*Fee DT Complaint*

and

By:      *s/ Chanmealea Thou*
         **CHANMEALEA THOU**
         Assistant United States Attorney
         Southern District of Texas No. 3596627
         California Bar No. 326469
         11204 McPherson Road, Suite 100A
         Laredo, Texas 78045
         Telephone: (956) 721-4977
         Facsimile: (956) 992-9425
         E-mail: Chanmealea.Thou2@usdoj.gov

# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, Section 230, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

<u>SCHEDULE C</u>

<u>LEGAL DESCRIPTION</u>

Starr County, Texas

Tract:  RGV-RGC-4028
Owner:  David Cruz, *et al*.
Acres:  2.451

**BEING** a 2.451 acre (106,784 square feet) parcel of land out of Porción 72, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, also being out of the Juan Angel Saenz Grant, Abstract 164, adjoining and between Share 4-A, common to the southwest line of the De La Cruz Subdivision, according to the map or plat thereof dated June 5, 1980, recorded in Volume 2, Page 187, of the Map Records of Starr County, Texas (M.R.S.C.T.) and the Rio Grande River; said 2.451 acres of land being more particularly described by metes and bounds as follows:

**COMMENCING at a point** for reference at a found 1/2-inch iron rod, having a coordinate value of N = 16,671,816.840 and E = 815,637.540, on the southwest right-of-way of Estrella Street (40' R.O.W.) and the northeast corner of Lot 5, Block 66 of the City of Roma, also being on the northeast line of a called 2.02 acre tract, also known as Parcel No. 3, described in a deed dated February 9, 2000, to Guadalupe de la Cruz et al, recorded in Volume 855, Page 606, of the Official Records of Starr County, Texas (O.R.S.C.T.), thence as follows;

SOUTH 61°28'24" WEST, along the common northwest line of said De la Cruz Subdivision, and the southeast line of said called 2.02 acre tract, passing at a distance of 430.20 feet a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4026-1", in all a total distance of 445.01 feet to a found chain-link fence post for the southwest corner of said De La Cruz Subdivision and the north corner and the **PLACE OF BEGINNING** of the herein described parcel, having a coordinate value of N = 16,671,604.320 and E = 815,246.560, said points bears SOUTH 38°02'30" WEST, a distance of 1,048.27 feet from United States Army Corps of Engineers Control Point No. S137.

1.  **THENCE**, SOUTH 32°42'03" EAST, with the common southwesterly line of said Share 4-A and said De La Cruz Subdivision, a distance of 976.80 feet to a 5/8 inch iron rod with aluminum cap stamped "RGV-RGC-4028-2" set on the west line of the Arroyo Roma, Parcel 2, a called 0.1423 acre parcel, conveyed to the State of Texas by and through the Texas Highway Commission in Document Number 2015-322061, Volume 1438, Page 491 (O.R.S.C.T.), for the east corner of the parcel described herein;

2.  **THENCE**, SOUTH 56°39'25" WEST, a distance of 150.26 feet to a 5/8 inch iron rod with aluminum cap stamped "RGV-RGC-4028-3" set for the south corner of the parcel described herein;

**SCHEDULE C Cont.**

3. **THENCE**, NORTH 25°10'54" WEST, a distance of 190.52 feet to a 5/8 inch iron rod with aluminum cap stamped "RGV-RGC-4028-4" set for an angle point of the parcel described herein;

4. **THENCE**, NORTH 29°20'39" WEST, a distance of 796.40 feet to a 5/8 inch iron rod with aluminum cap stamped "RGV-RGC-4028-5=4026-3" set for the west corner of the parcel described herein;

5. **THENCE**, NORTH 61°15'06" EAST, a distance of 78.88 feet to the **PLACE OF BEGINNING** and containing 2.451 acres (106,784 square feet) of land.

# SCHEDULE D

## SCHEDULE D



## SCHEDULE D Cont.



## **SCHEDULE D Cont.**



## SCHEDULE D Cont.



| Title: RGV-RGC-4028 | | Date: 01-07-2019 |
|---|---|---|
| Scale: 1 inch = 150 feet | File: RGV-RGC 4028.des | |

Tract 1: 2.451 Acres: 106783 Sq Feet: Closure = n60.5454w 0.01 Feet: Precision =1/325960: Perimeter = 2193 Feet

| 001=S32.4203E 976.80 | 003=N25.1054W 190.52 | 005=N61.1506E 78.88 |
|---|---|---|
| 002=S56.3925W 150.26 | 004=N29.2039W 796.40 | |

Tract:  RGV-RGC-4028
Owner:  David Cruz, *et al*.
Acreage:  2.451

# SCHEDULE E

## SCHEDULE E

<u>ESTATE TAKEN</u>

Starr County, Texas

Tract:  RGV-RGC-4028
Owner:  David Cruz, *et al*.
Acres:  2.451

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TWELVE THOUSAND TWO HUNDRED AND FIFTY-FIVE DOLLARS AND NO/100 ($12,255.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G
### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States.  See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| 1. **Bertha de la Cruz Munoz a/k/a Bertha Munoz**<br><br>Edinburg, TX | General Warranty Deed,<br>Recoded on 11 April 1983;<br>Document No. 1983-116829,<br>Volume 471, Page 632<br>Starr County, Texas, Official Deed Records<br><br>Presumptive heir of Maria Albeza de la Cruz a/k/a Albeza de la Cruz a/k/a Albesa E. de la Cruz, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92239,<br>Volume 399, Page 22<br>Starr County Texas, Official Deed Records |
| 2. **Angelita de la Cruz Wheat**<br><br>McAllen, TX | Presumptive heir of Maria Albeza de la Cruz a/k/a Albeza de la Cruz a/k/a Albesa E. de la Cruz, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92239,<br>Volume 399, Page 22<br>Starr County Texas, Official Deed Records |
| 3. **Cynthia de la Cruz Davis**<br><br>Saratoga Springs, UT | Presumptive heir of Maria Albeza de la Cruz a/k/a Albeza de la Cruz a/k/a Albesa E. de la Cruz, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92239,<br>Volume 399, Page 22<br>Starr County Texas, Official Deed Records |
| 4. **Melissa de la Cruz**<br><br>Roma, TX | Presumptive heir of Maria Albeza de la Cruz a/k/a Albeza de la Cruz a/k/a Albesa E. de la Cruz, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92239,<br>Volume 399, Page 22<br>Starr County Texas, Official Deed Records |

| 5. **Unknown Heirs of**<br>**Maria Albeza de la Cruz a/k/a**<br>**Albeza de la Cruz a/k/a**<br>**Albesa E. de la Cruz** | General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92239,<br>Volume 399, Page 22<br>Starr County Texas, Official Deed Records |
|---|---|
| 6. **Esmeralda Benavidez Gonzalez**<br><br>Katy, TX ▮▮▮ | General Warranty Deed;<br>Filed for Record on 21 May 1999;<br>Document No. 1999-203166,<br>Volume 835, Page 231<br>Starr County, Texas, Official Deed Records<br><br>Presumptive heir of Tomas Benavides and Julia Cruz Benavides, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 21 October 1976; Document No. 1976-92440,<br>Volume 399, Page 24<br>Starr County, Texas, Official Deed Records |
| 7. **Tomas Benavidez, Jr.**<br><br>Laredo, TX ▮▮▮ | General Warranty Deed;<br>Filed for Record on 21 May 1999;<br>Document No. 1999-203166,<br>Volume 835, Page 231<br>Starr County, Texas, Official Deed Records<br><br>Presumptive heir of Tomas Benavides and Julia Cruz Benavides, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 21 October 1976; Document No. 1976-92440,<br>Volume 399, Page 24<br>Starr County, Texas, Official Deed Records |
| 8. **Magdalena Benavidez**<br><br>Katy, TX ▮▮▮ | General Warranty Deed;<br>Filed for Record on 21 May 1999;<br>Document No. 1999-203166,<br>Volume 835, Page 231<br>Starr County, Texas, Official Deed Records<br><br>Presumptive heir of Tomas Benavides and Julia Cruz Benavides, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 21 October 1976; Document No. 1976-92440,<br>Volume 399, Page 24<br>Starr County, Texas, Official Deed Records |

| | |
|---|---|
| **9.  Unknown Heirs of Tomas Benavides & Unknown Heirs of Julia Cruz Benavides** | General Warranty Deed; Recorded on 21 October 1976; Document No. 1976-92440, Volume 399, Page 24 Starr County, Texas, Official Deed Records |
| **10. David Cruz & Elodia G. Cruz** <br> ▮▮▮▮▮▮ <br> Rio Grande City, TX ▮▮▮ | General Warranty Deed; Recorded on 28 October 1976; Document No. 1976-92241, Volume 399, Page 26 Starr County, Texas, Official Deed Records |
| **11. Maria De La Luz Fabela De La Cruz a/k/a Maria De La Cruz** <br> ▮▮▮▮▮▮ <br> Roma, TX ▮▮ | General Warranty Deed; Recorded on 28 October 1976; Document No. 1976-92242, Volume 399, Page 28 Starr County, Texas, Official Deed Records |
| **12. Baldemar Cruz, Jr.** <br> Unknown Address | Heir of Baldemar Sebastian Cruz a/k/a Baldemar de la Cruz, relating back to the interest conveyed in General Warranty Deed; Recorded on 28 October 1976; Document No. 1976-92242, Volume 399, Page 28 Starr County, Texas, Official Deed Records <br><br> Affidavit of Heirship Recorded on 18 February 2000; Document No. 2000-207478 Vol. 855, Page 600 Starr County, Texas, Official Deed Records |
| **13. Mario Alberto Cruz** <br> ▮▮▮▮▮▮ <br> Roma, TX ▮▮ | Heir of Baldemar Sebastian Cruz a/k/a Baldemar de la Cruz, relating back to the interest conveyed in General Warranty Deed; Recorded on 28 October 1976; Document No. 1976-92242, Volume 399, Page 28 Starr County, Texas, Official Deed Records <br><br> Affidavit of Heirship Recorded on 18 February 2000; Document No. 2000-207478 Vol. 855, Page 600 Starr County, Texas, Official Deed Records |
| **14. Angela Maria Cruz Falcon** <br> ▮▮▮▮▮▮ <br> Roma, TX ▮ | Heir of Baldemar Sebastian Cruz a/k/a Baldemar de la Cruz, relating back to the interest conveyed in General Warranty Deed; Recorded on 28 October 1976; Document No. 1976-92242, |

| | Volume 399, Page 28<br>Starr County, Texas, Official Deed Records<br><br>Affidavit of Heirship<br>Recorded on 18 February 2000;<br>Document No. 2000-207478<br>Vol. 855, Page 600<br>Starr County, Texas, Official Deed Records |
|---|---|
| **15. Unknown Heirs of Eduardo Cruz** | General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92242,<br>Volume 399, Page 28<br>Starr County, Texas, Official Deed Records<br><br>Affidavit of Heirship<br>Recorded on 18 February 2000;<br>Document No. 2000-207478<br>Vol. 855, Page 600<br>Starr County, Texas, Official Deed Records |
| **16. Rafael de la Cruz**<br>Unknown Address | Presumptive heir of Gilberto de la Cruz,<br>relating back to the interest conveyed in<br>General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92243,<br>Volume 399, Page 30<br>Starr County, Texas, Official Deed Records |
| **17. Angela Castillo**<br>Unknown Address | Presumptive heir of Gilberto de la Cruz,<br>relating back to the interest conveyed in<br>General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92243,<br>Volume 399, Page 30<br>Starr County, Texas, Official Deed Records |
| **18. Unknown Heirs of Gilberto de la Cruz & Unknown Heirs of Trinidad Cruz** | General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92243,<br>Volume 399, Page 30<br>Starr County, Texas, Official Deed Records |
| **19. Elena G. Cruz**<br>▇▇▇▇▇▇▇<br>Roma, TX ▇▇▇▇ | General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92244,<br>Volume 399, Page 32<br>Starr County, Texas, Official Deed Records |

| | |
|---|---|
| **20. Francisco Javier de la Cruz**<br>Unknown Address | Presumptive heir of Jorge de la Cruz, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92244,<br>Volume 399, Page 32<br>Starr County, Texas, Official Deed Records |
| **21. Teresita "Tere" de la Cruz**<br>Unknown Address | Presumptive heir of Jorge de la Cruz, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92244,<br>Volume 399, Page 32<br>Starr County, Texas, Official Deed Records |
| **22. Norma de la Cruz**<br>Unknown Address | Presumptive heir of Jorge de la Cruz, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92244,<br>Volume 399, Page 32<br>Starr County, Texas, Official Deed Records |
| **23. Valentina de la Cruz Alvarez**<br><span>████</span><br>San Antonio, TX ████ | Presumptive heir of Jorge de la Cruz, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92244,<br>Volume 399, Page 32<br>Starr County, Texas, Official Deed Records |
| **24. Joanna de la Cruz**<br>Unknown Address | Presumptive heir of Jorge de la Cruz, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92244,<br>Volume 399, Page 32<br>Starr County, Texas, Official Deed Records |
| **25. Yvette de la Cruz**<br>Unknown Address | Presumptive heir of Jorge de la Cruz, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92244,<br>Volume 399, Page 32<br>Starr County, Texas, Official Deed Records |
| **26. Unknown Heirs of Jorge de la Cruz** | General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92244,<br>Volume 399, Page 32 |

| | Starr County, Texas, Official Deed Records |
|---|---|
| **27. Maria Christina Longoria Cruz a/k/a Christina de la Cruz** <br> Unknown Address | General Warranty Deed; <br> Recorded on 28 October 1976; <br> Document No. 1976-92245, <br> Volume 399, Page 34 <br> Starr County, Texas, Official Deed Records |
| **28. Maria Guadalupe Cruz Rios** <br> ▬▬▬▬ <br> **Roma, TX** ▬▬ | Presumptive heir of Guadalupe Cruz, Sr., relating back to the interest conveyed in General Warranty Deed; <br> Recorded on 28 October 1976; <br> Document No. 1976-92245, <br> Volume 399, Page 34 <br> Starr County, Texas, Official Deed Records |
| **29. Natalia de la Cruz Perez** <br> ▬▬▬▬ <br> **Roma, TX** ▬▬ | Presumptive heir of Guadalupe Cruz, Sr., relating back to the interest conveyed in General Warranty Deed; <br> Recorded on 28 October 1976; <br> Document No. 1976-92245, <br> Volume 399, Page 34 <br> Starr County, Texas, Official Deed Records |
| **30. Sylvia de la Cruz Gonzalez** <br> ▬▬▬▬ <br> **Roma, TX** ▬▬ | Presumptive heir of Guadalupe Cruz, Sr., relating back to the interest conveyed in General Warranty Deed; <br> Recorded on 28 October 1976; <br> Document No. 1976-92245, <br> Volume 399, Page 34 <br> Starr County, Texas, Official Deed Record |
| **31. Unknown Heirs of Guadalupe Cruz, Sr.** | General Warranty Deed; <br> Recorded on 28 October 1976; <br> Document No. 1976-92245, <br> Volume 399, Page 34 <br> Starr County, Texas, Official Deed Records |
| **32. Maria Socorro Cruz Mascorro** <br> ▬▬▬ ▬▬ <br> Corpus Christi, TX ▬▬ | Presumptive heir of Federico Cruz, Sr. and Celia G. Cruz, relating back to the interest conveyed in General Warranty Deed; <br> Recorded on 28 October 1976; <br> Document No. 1976-92246, <br> Volume 399, Page 36 <br> Starr County, Texas, Official Deed Records |
| **33. Juan Ramon Cruz** <br> Quitman, TX ▬▬ | Presumptive heir of Federico Cruz, Sr. and Celia G. Cruz, relating back to the interest conveyed in General Warranty Deed; <br> Recorded on 28 October 1976; <br> Document No. 1976-92246, <br> Volume 399, Page 36 <br> Starr County, Texas, Official Deed Records |

| | |
|---|---|
| **34. Teresa Garcia Cruz**<br><br>Roma, TX ▮▮▮ | Presumptive heir of Federico Cruz, Sr., Celia G. Cruz, and Federico Cruz, Jr., relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92246,<br>Volume 399, Page 36<br>Starr County, Texas, Official Deed Records |
| **35. Ruben Cruz**<br><br>Mission, TX ▮▮▮ | Presumptive heir of Federico Cruz, Sr., Celia G. Cruz, and Federico Cruz, Jr., relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92246,<br>Volume 399, Page 36<br>Starr County, Texas, Official Deed Records |
| **36. Gerardo Cruz**<br><br>Roma, TX ▮▮▮ | Presumptive heir of Federico Cruz, Sr., Celia G. Cruz, and Federico Cruz, Jr., relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92246,<br>Volume 399, Page 36<br>Starr County, Texas, Official Deed Records |
| **37. Janette Cruz**<br>▮▮▮<br>Roma, TX ▮▮▮ | Presumptive heir of Federico Cruz, Sr. and Celia G. Cruz, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92246,<br>Volume 399, Page 36<br>Starr County, Texas, Official Deed Records |
| **38. Jose Noel Cruz, Sr.**<br><br>Roma, TX ▮▮▮ | Presumptive heir of Federico Cruz, Sr. and Celia G. Cruz, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92246,<br>Volume 399, Page 36<br>Starr County, Texas, Official Deed Records |
| **39. Ricardo Alberto Cruz**<br><br>Charlotte, NC ▮▮▮ | Presumptive heir of Federico Cruz, Sr. and Celia G. Cruz, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92246,<br>Volume 399, Page 36<br>Starr County, Texas, Official Deed Records |

| | |
|---|---|
| **40. Hector Cruz**<br><br>Mission, TX ▮▮▮ | Presumptive heir of Federico Cruz, Sr. and Celia G. Cruz, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92246,<br>Volume 399, Page 36<br>Starr County, Texas, Official Deed Records |
| **41. Jesus Roberto Cruz**<br>▮▮▮▮▮▮<br>MidHill, NC ▮▮▮ | Presumptive heir of Federico Cruz, Sr. and Celia G. Cruz, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92246,<br>Volume 399, Page 36<br>Starr County, Texas, Official Deed Records |
| **42. Rosa Maria Cruz Ryan**<br>▮▮▮▮▮▮<br>Jackson, MI ▮▮▮ | Presumptive heir of Federico Cruz, Sr. and Celia G. Cruz, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92246,<br>Volume 399, Page 36<br>Starr County, Texas, Official Deed Records |
| **43. Guillermo Cruz**<br>▮▮▮▮▮▮<br>Roma, TX ▮▮▮ | Presumptive heir of Federico Cruz, Sr. and Celia G. Cruz, relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92246,<br>Volume 399, Page 36<br>Starr County, Texas, Official Deed Records |
| **44. Adriana Cruz**<br>▮▮▮▮▮▮<br>Taylorsville, NC ▮▮▮ | Presumptive heir of Federico Cruz, Sr., relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92246,<br>Volume 399, Page 36<br>Starr County, Texas, Official Deed Records |
| **45. Eduardo Antonio Cruz**<br>▮▮▮▮▮▮<br>Oxnard, CA ▮▮▮ | Presumptive heir of Federico Cruz, Sr., relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92246,<br>Volume 399, Page 36<br>Starr County, Texas, Official Deed Records |
| **46. Monica Alma Cruz**<br>▮▮▮▮▮▮<br>Oxnard, CA ▮▮▮ | Presumptive heir of Federico Cruz, Sr., relating back to the interest conveyed in General Warranty Deed;<br>Recorded on 28 October 1976; |

| | |
|---|---|
| | Document No. 1976-92246,<br>Volume 399, Page 36<br>Starr County, Texas, Official Deed Records |
| **47. Armando Cruz**<br>████████████,<br>Los Angeles, CA ████ | Presumptive heir of Federico Cruz, Sr.,<br>relating back to the interest conveyed in<br>General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92246,<br>Volume 399, Page 36<br>Starr County, Texas, Official Deed Records |
| **48. Andrea Angelica Cruz Jimenez**<br>████████████<br>Fontana, CA ████ | Presumptive heir of Federico Cruz, Sr.,<br>relating back to the interest conveyed in<br>General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92246,<br>Volume 399, Page 36<br>Starr County, Texas, Official Deed Records |
| **49. Alejandra Veronica Cruz Arce**<br>████████████,<br>Oxnard, CA ████ | Presumptive heir of Federico Cruz, Sr.,<br>relating back to the interest conveyed in<br>General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92246,<br>Volume 399, Page 36<br>Starr County, Texas, Official Deed Records |
| **50. Unknown Heirs of Federico Cruz,<br>Sr. & Unknown Heirs of Celia G.<br>Cruz** | General Warranty Deed;<br>Recorded on 28 October 1976;<br>Document No. 1976-92246,<br>Volume 399, Page 36<br>Starr County, Texas, Official Deed Records |
| **51. Ameida Salinas**<br>Starr County Tax Assessor—Collector<br>100 N. FM 3167 Suite 201<br>Rio Grande City, TX 78582 | Property Taxes |

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
N. Joseph Unruh, United States Attorney's Office, Southern District of Texas, 1701 West Bus. Hwy. 83, Ste. 600, McAllen, TX 78501

**DEFENDANTS**
2.451 Acres of Land, More of Less, Situate in Starr County, State of Texas; and David Cruz, et. al.

County of Residence of First Listed Defendant    Starr
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

---

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
Plaintiff

☐ 2   U.S. Government
Defendant

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*     Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane    ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability    Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel &    ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander    Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'    Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability    ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 340 Marine    Injury Product | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability    Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle    **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle    ☐ 370 Other Fraud | ☐ 720 Labor/Management | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 195 Contract Product Liability | Product Liability    ☐ 371 Truth in Lending | Relations | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 196 Franchise | ☐ 360 Other Personal    ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | Injury    Property Damage | ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury -    ☐ 385 Property Damage | Leave Act | | ☐ 893 Environmental Matters |
| | Medical Malpractice    Product Liability | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights    **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting    ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment    ☐ 510 Motions to Vacate | | 26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/    Sentence | | | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations    ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -    ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment    **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities -    ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other    ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education    ☐ 555 Prison Condition | | | |
| |    ☐ 560 Civil Detainee - | | | |
| |    Conditions of | | | |
| |    Confinement | | | |

---

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114
Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate, and maintain border security

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE
11/24/2020

SIGNATURE OF ATTORNEY OF RECORD
/s/ N. Joseph Unruh

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____